

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00458-CV

**IN THE INTEREST OF C.J.P.**, L.B.P., and J.J.P., Children

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 22-10-15029-AJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant, J.F. Because appellant is indigent, no costs of this appeal are assessed against her.

SIGNED December 23, 2024.

Luz Elena D. Chapa, Justice